IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Milton Jay Guenther, | ) No. CV 10-96-TUC-RCC |
| Petitioner, | ) **ORDER** |
| vs. | ) |
| Craig Apker, Complex Warden, | ) |
| Respondent. | ) |

Based on Petitioner's apparent release from custody,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted and accepted as the findings of fact and conclusions of law;

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus is **dismissed** for lack of jurisdiction. *See Foster v. Carson*, 347 F.3d 742, 745 (9th Cir. 2003) (internal citations omitted).

Judgment shall enter accordingly.

DATED this 26th day of January, 2011.

Raner C. Collins
United States District Judge